# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 14-5210　　　　　　　　　　　　　　　　September Term, 2014

1:98-cv-02088-GK

Filed On: July 21, 2015 [1563481]

United States of America, ex rel. Robert R. Purcell,

     Appellant

Robert R. Purcell,

     Appellee

  v.

MWI Corporation,

     Appellee

------------------------------

Consolidated with 14-5218

## O R D E R

It is **ORDERED**, on the court's own motion, that this case be scheduled for oral argument on September 17, 2015, at 9:30 A.M. The composition of the argument panel will usually be revealed thirty days prior to the date of oral argument on the court's web site at www.cadc.uscourts.gov.

The time and date of oral argument will not change absent further order of the Court.

A separate order will be issued regarding the allocation of time for argument.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Michael C. McGrail
Deputy Clerk

The following forms and notices are available on the Court's website:

Memorandum to Counsel Concerning Cases Set for Oral Argument (Form 71)